FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMBLAZE LTD.,<br><br>      Plaintiff,<br>v.<br><br>APPLE INC., a California Corporation,<br><br>      Defendant. | 13 MISC 00195<br>(Case pending in U.S. District Court for the Northern District of California, Case No. 5:11-CV-01079 PSG) |

### DEFENDANT APPLE INC.'S NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA SERVED ON LADAS & PARRY, LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Civil Rule 37.2, Defendant Apple Inc. ("Apple"), through its undersigned attorneys, will and hereby does move to compel compliance with the subpoena served on Ladas & Parry LLP ("Ladas") on June 25, 2013, before Part I Judge, at 10:00 A.M. at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007.

This motion will be and is based upon the memorandum submitted herewith, the accompanying declaration in support of the motion, the proposed order submitted herewith, the complete record of this action, evidence and argument presented at any hearing on this motion the Court may determine necessary and schedule, and all matters of which the Court may take judicial notice. Before the filing of this motion the parties in good faith conferred in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 but were unable to do so.[1]

---

[1] June 5, 2013 Declaration of Sarah E. Barrows in Support of Apple's Motion to Compel Discovery From Non-Party Ladas & Parry, LLP ("Barrows Decl.") ¶ 2 & Exs. 6-11.

Dated: June 5, 2013
    New York, New York

                                 Respectfully submitted,

                                 GREENBERG TRAURIG, LLP

                                 By: _____
                                 SARAH BARROWS (SEB8444)
                                 barrowss@gtlaw.com
                                 GREENBERG TRAURIG, LLP
                                 4 Embarcadero Center, Suite 3000
                                 San Francisco, CA 94111-5983
                                 Telephone: (415) 655-1300
                                 Facsimile: (415) 707-2010

                                 James J. DeCarlo (JJD8531)
                                 decarloj@gtlaw.com
                                 Michael A. Nicodema (MAN2949)
                                 nicodemam@gtlaw.com
                                 GREENBERG TRAURIG, LLP
                                 MetLife Building
                                 200 Park Avenue, 34th Floor
                                 New York, New York 10166
                                 Tel.: (212) 801-9200
                                 Fax: (212) 801-6400

                                 *Attorneys for Defendant Apple Inc.*